NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES GILLEY,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No. 2D20-977
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Phillip J. Federico,
Judge.


PER CURIAM.

            Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Strickland v.

State, 437 So. 2d 150 (Fla. 1983); Martinez v. State, 114 So. 3d 1119 (Fla. 2d DCA

2013); Robinson v. State, 37 So. 3d 921 (Fla. 2d DCA 2010); Williams v. State, 836 So.

2d 1082 (Fla. 2d DCA 2003).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.